1  ROBERT J. YORIO (SBN 93178)
   yorio@carrferrell.com
2  CHRISTINE S. WATSON (SBN 218006)
   cwatson@carrferrell.com
3  CARR & FERRELL *LLP*
   2200 Geng Road
4  Palo Alto, California 94303
   Telephone: (650) 812-3400
5  Facsimile:  (650) 812-3444

6  Attorneys for Plaintiff and Counter-Defendant
   NORCAL WASTE SYSTEMS, INC.
7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11

| | |
|---|---|
| NORCAL WASTE SYSTEMS, INC., a California corporation, | CASE NO. 06-03410-CW |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CASE MANAGEMENT SCHEDULE |
| v. | |
| APROPOS TECHNOLOGY, INC., an Illinois corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |
| AND RELATED COUNTERCLAIM. | |

20      WHEREAS, the mediation, discovery and motion dates were as set forth below, pursuant to

21  the Minute Order and Case Management Order issued by the Honorable Claudia Wilken on

22  October 2, 2006 ("Case Management Order").

23      WHEREAS, Plaintiff Norcal Waste Systems, Inc. ("Norcal") and Defendant Apropos

24  Technology, Inc. ("Apropos") are actively proceeding in good faith toward a settlement of this

25  action, and the parties have mutually agreed that more time is necessary to pursue a settlement

26  structure, the parties have stipulated, and seek a Court Order continuing several deadlines, as

27  follows.

28      IT IS HEREBY STIPULATED by and between the parties that the following deadlines be

extended as follows:

| Nature of Discovery/Event | Previous Deadline | Proposed New Deadline |
|---|---|---|
| Non-Expert Discovery Cutoff | February 23, 2007 | April 30, 2007 |
| Designation of Experts | March 16, 2007 | May 16, 2007 |
| Expert Rebuttal | April 6, 2007 | May 30, 2007 |
| Expert Discovery Cutoff | April 27, 2007 | June 15, 2007 |
| L/D for Hearing on Dispositive Motions | June 8, 2007 | July 27, 2007 |
| Pretrial Conference | October 12, 2007 | Unchanged |
| Trial | October 22, 2007 | Unchanged |

In addition, the parties have agreed that Norcal's responses to pending discovery which were due on February 20, 2007, are now due on March 13, 2007, and Apropos's responses to pending discovery which were due on February 23, 2007, are now due on March 16, 2007. The parties have agreed further that the case will be subjected to mediation by May 18, 2007.

All of the remaining dates and deadlines set forth in the Case Management Order will remain in effect.

IT IS SO STIPULATED.

                                             Respectfully submitted,

Dated: February 21, 2007         CARR & FERRELL LLP

                                        By:  /s/ Christine S. Watson
                                              ROBERT J. YORIO
                                              Attorneys for Plaintiff and Counter-Defendant
                                              NORCAL WASTE SYSTEMS, INC.

Dated: February 21, 2007         NIXON PEABODY LLP

                                        By:  /s/ Marcie Keenan
                                             PATRICK T. MICHAEL
                                             Attorneys for Defendant and Counter-Plaintiff
                                             APROPOS TECHNOLOGY, INC.

## **ORDER**

Based on the foregoing and for good cause shown, the Case Management Schedule is hereby modified as follows:

| Nature of Discovery/Event | Deadline |
|---|---|
| Norcal's Pending Discovery Responses | March 13, 2007 |
| Apropos's Pending Discovery Responses | March 16, 2007 |
| Non-Expert Discovery Cutoff | April 30, 2007 |
| Designation of Experts | May 16, 2007 |
| Mediation to be held by | May 18, 2007 |
| Expert Rebuttal | May 30, 2007 |
| Expert Discovery Cutoff | June 15, 2007 |
| Last Day for Hearing on Dispositive Motions | July 27, 2007 |

IT IS SO ORDERED.

2/26/07

Dated: _____

_____
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE