1  ROBERT J. YORIO (SBN 93178)
   yorio@carrferrell.com
2  CHRISTINE S. WATSON (SBN 218006)
   cwatson@carrferrell.com
3  CARR & FERRELL *LLP*
   2200 Geng Road
4  Palo Alto, California 94303
   Telephone:  (650) 812-3400
5  Facsimile:   (650) 812-3444

6  Attorneys for Plaintiff and Counter-Defendant
   NORCAL WASTE SYSTEMS, INC.
7

8
                     UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                           OAKLAND DIVISION
11

12 | NORCAL WASTE SYSTEMS, INC., a      | CASE NO. C 06-3410 CW
   | California corporation,
13 |
   |           Plaintiff,                | **STIPULATION AND ORDER**
14 |                                     | **FOR DISMISSAL OF ACTION**
15 |      vs.
   |
16 | APROPOS TECHNOLOGY, INC., an Illinois
   | corporation; and DOES 1 through 50, inclusive,
17 |
   |           Defendants.
18 |
19 | AND RELATED CROSS ACTION.
20

21      Plaintiff and Counter-Defendant NORCAL WASTE SYSTEMS, INC. and Defendant and

22 Counter-Claimant APROPOS TECHNOLOGY, INC. hereby stipulate to a dismissal with prejudice

23 of this entire action, including the Complaint and Counterclaim, pursuant to the provisions of Fed.

24 R. Civ. P. 41(a)(2).  The parties further agree to bear their own  attorneys' fees and costs of suit

25 incurred herein.

26

27      IT IS SO STIPULATED.

28

| | | |
|---|---|---|
| 1 | Dated:  August 17, 2007 | CARR & FERRELL *LLP* |
| 2 | | |
| 3 | | By: _____/s/_____ |
| 4 | | ROBERT J. YORIO |
| 5 | | Attorneys for Plaintiff and Counter-Defendant |
| 6 | | NORCAL WASTE SYSTEMS, INC. |
| 7 | | |
| 8 | Dated:  August 17, 2007 | NIXON PEABODY LLC |
| 9 | | |
| 10 | | By: _____/s/ by permission_____ |
| 11 | | PATRICK T. MICHAEL, ESQ. |
| 12 | | Attorneys for Defendant and Counter-Claimant |
| 13 | | APROPOS TECHNOLOGY, INC. |

### **ORDER**

Based on the parties' stipulation and for good cause shown, the Complaint and Counterclaim are dismissed with prejudice.  The parties are to bear their own attorneys' fees and costs of suit incurred herein.

IT IS SO ORDERED.

Dated:  ___8/22____, 2007      By:  _[signature] Claudia Wilken_____

HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE